**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| GARY BACON | § | |
| VS. | § | CIVIL ACTION NO.  9:21-CV-132 |
| SERGEANT BURLESON | § | |

### ORDER ACCEPTING THE MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Gary Bacon, a prisoner confined at the Polunsky Unit of the Texas Department of

Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action

pursuant to 42 U.S.C. § 1983.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate

Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court.

The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate

Judge.  The Magistrate Judge recommends dismissing the action without prejudice for want of

prosecution.

The Court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No

objections to the Report and Recommendation of United States Magistrate Judge were filed by the

parties.

ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report

of the Magistrate Judge (docket entry #5) is **ACCEPTED**.  A final judgment will be entered in this

case in accordance with the Magistrate Judge's recommendation.

**SIGNED** this the **20** day of **October, 2021.**


_____
Thad Heartfield
United States District Judge